**SO ORDERED.**
**SIGNED 21st day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 3:26-BK-01292 |
| CHRISTOPHER BLAKE SEEBERGER, | ) | CHAPTER 13 |
| and DANIELLE LINETTE SEEBERGER, | ) | JUDGE NANCY B. KING |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SDH NASHVILLE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. NO. 3:26-AP-90066 |
| | ) | |
| CHRISTOPHER BLAKE SEEBERGER, | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO DISMISS IN PART AND GRANTING IN PART**

In accordance with the Memorandum Opinion, it is hereby **ORDERED** that the Defendant's Motion to Dismiss is **DENIED** as to Count I of the Complaint and **GRANTED** as to Count II.

**IT IS FURTHER ORDERED** that the hearing scheduled for September 23, 2026, is canceled. With regard to Count I, the parties shall confer and return the worksheet attached to the preliminary pretrial order to consensually agree on setting this matter for

trial. The worksheet shall be filed with the Court no later than ***October 15, 2026***. If the parties are unable to accomplish this task, the parties should contact the Courtroom Deputy for a continued pretrial conference date.

**IT IS SO ORDERED.**

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.